UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-21348-GOLD/McALILEY

LYNN ROBERDEAUX,

    Plaintiff,

v.

BORG WARNER CORPORATION, ET AL.,

    Defendants.

_____/

### ORDER ON STIPULATION OF SUBSTITUTION OF COUNSEL

THIS CAUSE is before the Court upon Defendant Pneumo Abex LLC's Stipulation for substitution of counsel [DE 18]. Having reviewed the stipulation, it is hereby

ORDERED AND ADJUDGED:

1. The Stipulation [DE 18] is APPROVED.

2. Harold E. Morlan, II, Esq., and the law firm of Akerman Senterfitt is substituted in place of Evelyn M. Fletcher, Esq., and the law firm of Hawkins & Parnell, LLP, as counsel for Defendant Pneumo Abex LLC.

DONE AND ORDERED in Chambers, at Miami, Florida, this 10 day of June, 2008.

_____
ALAN S. GOLD
U.S. DISTRICT JUDGE

cc:
Counsel of record