UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 06-21348-CIV-GOLD/McALILEY

LYNN ROBERDEAUX,

    Plaintiff,

Vs.

BORG WARNER CORPORATION,
et al.,

    Defendants.

_____/

ORDER GRANTING SUBSTITUTION OF COUNSEL AND AUTHORIZING
WITHDRAWAL OF COUNSEL FOR DEFENDANT

THIS CAUSE came before the Court upon the Stipulation for Substitution of Defense Counsel [DE 20], and the Court being otherwise advised, it is upon consideration, hereby

ORDERED and ADJUDGED:

1. The Stipulation [DE 20] is APPROVED.

2. The law firm of BROWN SIMS, P.C. be and the same is hereby substituted for the law firm of HOLLAND & KNIGHT LLP, as counsel for Defendant, GENUINE PARTS COMPANY.

3. HOLLAND & KNIGHT LLP is authorized to withdraw as counsel of record in this cause, and is relieved of all further responsibility of Defendant, GENUINE PARTS COMPANY.

DONE and ORDERED in Chambers this 7th day of July, 2008.

                                          ALAN S. GOLD
                                          DISTRICT COURT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
Counsel of Record